AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

ANNIE BATTARD

V.

ANTONIO CAPELA

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11856 GAO

TO: (Name and address of Defendant)

Antonio Capela
8 Julia Street
Nweburyport, MA   01950

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark F. Itzkowitz, Esquire
85 Devonshire Street
Suite 1000
Boston, MA   02109-3504

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                           AUG 26 2004
CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | December 10, 2004 |
| NAME OF SERVER *(PRINT)* James W. Humphries | TITLE | Constable |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 50 Water St., Suite 303 Newburyport, Massachusetts

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/10/04
                    *Date*

*Signature of Server:* James W. Humphries

8 Field St
Amesbury, MA 01913
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.