```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        NO. 04-11856-GAO
ANNIE BATTARD
     Plaintiff,

VS.

ANTONIO CAPELA
     Defendant.
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorney for defendant, **ANTONIO CAPELA**, in the above entitled action.

By his attorneys,

"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
BBO NO: 365540
**Terence G. Kenneally**
BBO NO. 642124
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  January 7, 2005