**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

                                              CIVIL ACTION NO.
                                              NO. 04-11856-GAO

**ANNIE BATTARD**
     **Plaintiff,**

**vs.**

**ANTONIO CAPELA**
     **Defendant.**

DEFENDANT, ANTONIO CAPELA,
ANSWER TO PLAINTIFF'S COMPLAINT

     Now comes the defendant, Antonio Capela, in the above entitled action, by and through his undersigned counsel, Clinton & Muzyka, P.C., and files his Answer to Plaintiff's Complaint as follows:

JURISDICTION AND VENUE

1.   The defendant admits that this action is properly filed under federal admiralty and maritime jurisdiction pursuant to Fed. R. Civ. P. 9(h). The defendant denies the remainder of the allegations contained in Paragraph 1.

2.   The defendant admits the allegations in Paragraph 2.

## PARTIES

3.  The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and therefore denies same.

4.  The defendant admits the allegations in Paragraph 4.

## FACTS COMMON TO ALL COUNTS

5.  The defendant admits the allegations in Paragraph 5.

6.  The defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained allegations in Paragraph 6 and therefore denies same.

7.  The defendant admits that the plaintiff was a guest aboard the vessel.  The defendant denies the remaining allegations in respect to operation of the vessel in Paragraph 7.

8.  The defendant denies the allegations in Paragraph 8.

9.  The defendant denies the allegations in Paragraph 9.

10. The defendant denies the allegations in Paragraph 10.

## COUNT I: NEGLIGENCE

11.  The defendant reiterates and reaffirms his answers to the allegations set forth in Paragraphs 1 through 10 inclusive and incorporates same as if fully set forth herein.

12.  The defendant denies the allegations contained in Paragraph 12.

13.  The defendant denies the allegations contained in Paragraph 13.

**WHEREFORE** the defendant prays that this Honorable Court dismiss with prejudice Count I of Plaintiff's Complaint together with costs and reasonable attorneys fees.

## AFFIRMATIVE DEFENSES

Now comes the defendant and incorporates the following Affirmative Defenses into each Count of his Answer as more fully appears below.

**AND FURTHER ANSWERING, AND AS A COMPLETE AN SEPARATE DEFENSE**, the defendant states that the plaintiff has failed to state a cause of action upon which relief can be granted under Count I.

**AND FURTHER ANSWERING, AND AS A COMPLETE AN SEPARATE DEFENSE**, the defendant states that the plaintiff has failed to commence this Maritime cause of action timely and failed to serve process in a timely manner.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff sustained personal injuries as alleged, which is specifically denied, it was due to the action and/or omissions of individuals for whom the defendant is not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff sustained injury as alleged, which is specifically denied, those injuries were the result of an Act of God for which the defendants are not legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, it was due in whole or in part to the plaintiff's own negligence and failure to exercise a reasonable degree of care and not due to any negligence or fault on the part of the defendant nor any person or persons for whom the defendant may be legally responsible.

**AND FURTHER ANSWERING, AND AS A COMPLETE AN SEPARATE DEFENSE**, the defendant states that the post injury actions and vessel navigation were pursuant to plaintiff's authorization and request and not in violation of any applicable law and/or regulation.

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that if the plaintiff was injured as alleged, which is specifically denied, such injury was without the fault, knowledge, or privity of the defendant; that the damages claimed herein exceed the value of the vessel, including her pending freight; and the defendants herewith claim benefit of any and all laws and statutes of the United States of America, including but not limited to, Limitation of Liability of the defendants, 46 USCA, Appx. § 183 (b).

**AND FURTHER ANSWERING, AND AS A COMPLETE AND SEPARATE DEFENSE**, the defendant states that this cause of action is a Maritime claim and therefore the plaintiff is not entitled to a jury trial.

**WHEREFORE**, the defendant prays that the above Complaint be dismissed with prejudice together with costs and reasonable attorney's fees.

By his attorneys,

**CLINTON & MUZYKA, P.C.**


"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO: 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  January 7, 2005