UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
NO. 04-11856-GAO

ANNIE BATTARD
    Plaintiff,

VS.

ANTONIO CAPELA
    Defendant.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs of conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

| ANTONIO CAPELA | CLINTON & MUZYKA, P.C. |
|---|---|
| /s/ Joe Gallagher | /s/ Thomas J. Muzyka |
| Joe Gallagher | Thomas J. Muzyka |
| Regional Claims Manager | BBO NO. 365540 |
| International Marine Underwriters | One Washington Mall |
| 4501 Circle 75 Parkway | Suite 1400 |
| Suite C322 | Boston, MA 02108 |
| Atlanta, GA 30339 | (617)723-9165 |

Dated: January 31, 2005