UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11856-GAO

ANNIE BATTARD,      )
    Plaintiff     )
             )    **JOINT STATEMENT PURSUANT TO**
    v.            )    **LOCAL RULE 16.1 (D)**
             )
ANTONIO CAPELA,     )
    Defendant     )

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1 (D) and the Notice of Scheduling Conference, the parties state that they have conferred and propose the following:

## I. PRE-TRIAL CONFERENCE AGENDA

The parties agree that the Pre-Trial Conference agenda should follow that set forth in Local Rule 16.1 and 16.3 and should include the following:

1.   Establishment of a Pre-Trial Schedule;

2.   Consideration of settlement issues, including Alternative Dispute Resolution;

3.   Consideration of consent to Trial by Magistrate Judge.

## II. PROPOSED DISCOVERY & MOTION SCHEDULE

| | |
|---|---|
| Deadline for Mandatory Disclosure | Completed |
| Deadline for Amendment to the Pleadings and Motions Under Fed. R. Civ. P. 12, 15, 19 and 20: | April 14, 2005 |
| Deadline for serving discovery requests, including Notices of Taking Deposition, excluding Depositions of Expert Witnesses: | November 14, 2005 |

| | |
|---|---|
| Responses are due within 30 days of requests, and therefore, no later than: | December 14, 2005 |
| Deadline for completing Non-Expert Depositions: | February 14, 2006 |
| Identification of Plaintiff's Trial Expert Witnesses pursuant to Fed. R. Civ. P. 26(a)(2): | March 14, 2006 |
| Identification of Defendant's Trial Expert Witnesses pursuant to Fed. R. Civ. P. 26(a)(2): | April 14, 2006 |
| Completion of Expert Depositions: | June 14, 2006 |
| Deadline for Filing Motions for Summary Judgment: | July 14, 2006 |
| Deadline for Opposing Motions for Summary Judgment: | August 31, 2006 |
| Settlement Conference: | October 14, 2006 |
| Final Pre-Trial Conference: | November 1, 2006. |

Phased discovery is unnecessary in this case.

### III. <u>PROPOSED DISCOVERY</u>

The parties expect that the ten (10) deposition limit of

Local Rule 26.1(C) should be sufficient for non-expert discovery.

However, given the facts that the plaintiff is a French national

who lives in France, is not sufficiently fluent to conduct legal

proceedings in English, and has been medically unable to travel

since her injury, the parties suggest that additional time may be

required to complete discovery and that the limitations of the

Local Rules on the number of Requests for Admissions, Requests

for Production of Documents, and Interrogatories be relaxed to

enable the parties to conduct discovery as freely and
inexpensively as possible.

### IV. PROPOSED DEPONENTS

The parties anticipate that they will need to depose at
least the following witnesses:

1.  Annie Battard

2.  Antonio P. Capela

3.  Ivy Smith

4.  Cassidy Gillespie

5.  Oliver Hummels.

Special arrangements likely will be required to conduct the
deposition of Mrs. Battard due to her medical restrictions.

### V. DISCOVERY CERTIFICATIONS

The parties will separately file their Local Rule 16.1(D)(3)
certifications at the time of the Rule 16 Scheduling Conference.

### VI. TRIAL BY MAGISTRATE JUDGE

The parties do not consent to trial by Magistrate Judge.

### VII. ALTERNATIVE DISPUTE RESOLUTION

The parties have consulted about the possibility of
Alternative Dispute Resolution.  The parties agree to mediate at
an appropriate time.

### VIII. SETTLEMENT PROPOSALS

The plaintiff is in the process of obtaining additional
medical information from Mrs. Battard's French medical and health

care providers.  The plaintiff's medical bills in the United States alone exceed One Hundred and Forty Thousand ($140,000.00) Dollars, as to which liens have been asserted by the U.S. health care providers.  The defendant's liability insurance policy limit is Three Hundred Thousand ($300,000.00) Dollars.  The parties are attempting to clarify whether the defendant possessed "umbrella" insurance coverage.  As a consequence, the plaintiff has not made written demand for settlement yet.  The demand is likely to be substantial.

## IX. CERTIFICATION

The parties hereby certify through counsel that they have consulted regarding the establishment of litigation budgets and proposals to resolve the matter through Alternative Dispute Resolution.  The parties further certify that they have discussed the proposed pre-trial schedule and agenda and have agreed to the schedule set forth above.

## X. PENDING MOTIONS

None.

> The Plaintiff,
> By her Attorney,
>
>
> _____
> MARK F. ITZKOWITZ (BBO #248130)
> 85 Devonshire Street
> Suite 1000
> Boston, MA 02109-3504
> (617) 227-1848

The Defendants,
By their Attorneys,


 /s/ TERENCE G. KENNEALLY
THOMAS J. MUZYKA (BBO #365540)
TERENCE G. KENNEALLY (BBO #642124)
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA   02108
(617) 723-9165

Dated:  February 9, 2005