FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 FEB 14  P 3: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No. 04-11856-GAO

| | |
|---|---|
| ANNIE BATTARD, )<br>Plaintiff )<br>)<br>v. )<br>)<br>ANTONIO CAPELA, )<br>Defendant ) | **CERTIFICATION PURSUANT<br>TO LOCAL RULE 16.1 (D)(3)** |

Pursuant to L.R. 16.1(D)(3), the undersigned plaintiff and counsel hereby certify that they have conferred, (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_/s/ A. Battard_
ANNIE BATTARD

Her Attorney,

_/s/ Mark F. Itzkowitz_
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA  02109-3504
(617) 227-1848
February 14, 2005