UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11856-GAO

ANNIE BATTARD,           )
      Plaintiff          )
                         )          **AMENDED COMPLAINT**
      v.                 )
                         )          **JURY TRIAL DEMAND**
ANTONIO CAPELA and       )
OLIVER E. HUMMELS,       )
      Defendants         )

### JURISDICTION AND VENUE

1.    The plaintiff brings this action under federal admiralty and maritime jurisdiction within the meaning of Fed. R. Civ. P. 9(h), federal alienage jurisdiction pursuant to 28 U.S.C. §1332, and asserts supplemental jurisdiction of state law claims pursuant to 28 U.S.C. §1367, all as more fully appear herein.

2.    Venue is proper in this judicial district as the incident which gives rise to this action occurred within the federal judicial district of Massachusetts.

### PARTIES

3.    The plaintiff, Annie Battard, is an individual residing in Paris, France, and is a citizen of France.

4.    The defendant, Antonio Capela, is an individual residing in Newburyport, Essex County, Commonwealth of Massachusetts, within this judicial district, and is a citizen of the United States of America and the Commonwealth of Massachusetts.

5.    The defendant, Oliver E. Hummels, is an individual

residing in Newburyport, Essex County, Commonwealth of
Massachusetts, within this judicial district, and is a citizen of
the United States of America and the Commonwealth of
Massachusetts.

## FACTS COMMON TO ALL COUNTS

6.   On or about August 27, 2001, defendant Capela was the
owner of a 22 foot 2001 Islandia Sea Doo Bombardier single
propeller recreational vessel which was duly registered pursuant
to the laws of the Commonwealth of Massachusetts, registration
number MS9121AB (hereafter "the vessel").

7.   On or about August 27, 2001, the plaintiff was visiting
friends within the Commonwealth of Massachusetts.

8.   On or about August 27, 2001, the plaintiff rode as an
invited guest in the defendant's vessel, along with both of the
defendants and other invited guests.

9.   At all times material, the defendants operated the
vessel on the waters of the Merrimack River in the vicinity of
Newburyport, Essex County, Commonwealth of Massachusetts, a
navigable waterway.

10.  At divers times during the voyage, defendant Capela
operated the vessel.

11.  At divers times during the voyage, defendant Hummels
operated the vessel with the authorization, permission and under
the guidance and control of defendant Capela.

2

12. The defendants operated the vessel negligently, at an unsafe speed, in an unsafe configuration, in disregard of conditions existing on the River, in violation of existing laws, rules, regulations and customs regarding the safe operation of vessels, causing the vessel to react violently and boisterously to the prevailing condition of the seas.

13. As a direct and proximate result of the defendants' negligence, the plaintiff was thrown violently from her seat on the vessel and landed on her buttocks in such fashion that she suffered an immediate burst fracture of her T12 vertebrae with bone fragments extending into and compromising her spinal canal, causing neurologic and bowel and bladder damage. The plaintiff suffered and continues to suffer severe and permanent physical and emotional injuries, for which she has required and will continue to require hospital, surgical, medical and therapeutic care and treatment; suffered and will continue to suffer lost earning capacity; sustained and will continue to sustain past, present and future pain and suffering; and suffered and will continue to suffer loss of the pleasures and enjoyments of life, all having a value in excess of Seventy-Five Thousand ($75,000.00) Dollars.

### COUNT I: NEGLIGENCE - DEFENDANT CAPELA

14. The plaintiff adopts, repeats, realleges and incorporates by reference the allegations set forth in the

3

preceding paragraphs as though they were fully set forth herein.

15. Defendant Capela negligently breached the duty of care he owed to the plaintiff by failing to exercise due, safe and reasonable care in the operation of his vessel upon navigable waters under existing conditions, by entrusting the operation of his vessel to a person unqualified to operate it and who operated it unsafely and unreasonably upon navigable waters under existing conditions, and by permitting defendant Hummels to operate the vessel unsafely and unreasonably upon navigable waters under existing conditions, all as described aforesaid, and in other divers manners.

16. As a direct and proximate result of the defendant's negligence, the plaintiff suffered the damages aforesaid.

### COUNT II:  NEGLIGENCE - DEFENDANT HUMMELS

17. The plaintiff adopts, repeats, realleges and incorporates by reference the allegations set forth in the preceding paragraphs as though they were fully set forth herein.

18. Defendant Hummels negligently breached the duty of care he owed to the plaintiff by failing to exercise due, safe and reasonable care in the operation of the vessel upon navigable waters under existing conditions, as described aforesaid, and in other divers manners.

19. As a direct and proximate result of the defendant's negligence, the plaintiff suffered the damages aforesaid.

4

## RELIEF DEMANDED

WHEREFORE, the plaintiff respectfully demands judgment against the defendants, jointly and severally, in the amount of Two Million ($2,000,000) Dollars, plus costs, interest, and such other and further relief as this Court deems equitable and just.

## JURY TRIAL DEMAND

THE PLAINTIFF RESPECTFULLY DEMANDS A TRIAL BY JURY ON ALL COUNTS OF HER COMPLAINT.

> Respectfully submitted,
> The Plaintiff,
> By her Attorney,
>
> MARK F. ITZKOWITZ (BBO #248130)
> 85 Devonshire Street
> Suite 1000
> Boston, MA    02109-3504
> (617) 227-1848
> March 10, 2005

## CERTIFICATE OF SERVICE

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by mailing/faxing/hand-delivering a copy of same to counsel of record:

> Thomas J. Muzyka, Esquire
> Terence G. Kenneally, Esquire
> Clinton & Muzyka, P.C.
> One Washington Mall
> Suite 1400
> Boston, MA    02108.

> /s/ Mark F. Itzkowitz
> MARK F. ITZKOWITZ (BBO #248130)

Dated: March 10, 2005