# SAR Unit Report Results

Run Date: 27-Aug-2001

FILED
IN CLERKS OFFICE

2005 MAR 28  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

**CASE Number:** 1106621 **Case Title:** MEDIVAC **Unit Name:** CG STA GLOUCESTER **ATU Number:** 1 **OPFAC Number:** 30136

## —— Administrative Data ——

**Case File Number:** 242-01 **Case Data Entry Complete?:** Yes **Status:** Opened:27-AUG-01 Closed:27-AUG-01

## —— Incident Data ——

| Notification Method | Incident Date | SMC Notify Date |
|---|---|---|
| Distressed unit; directly | 271230-Aug-2001 | 271230-Aug-2001 |

**Nature of Incident:** Personnel injury
**Incident Cause:** Cause unknown

### Lives/Property

| Lives Saved | Lives Lost | Lost Before N | Lost After N | Lives Affected | Prop Unacct | Prop Damaged | Prop Saved | Prop Assist |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Case Conditions

| Latitude | Longitude | Water Temp | Air Temp | Distance Offshore |
|---|---|---|---|---|
| 42:49:N | 70:47:W | 68 | 73 | 2 |

**Body of Water:** Inland waters (lake/bay/harbor/inlet)
**River:** Meramac
**River Mile:** 2
**False Alarm:** None Recorded
**Suspend Reason:**

### Distressed Person(s)

- **Name:** BATTARD, ANNIE
- **Address:** PARRIS,
- **Country:** France
- **Province:**
- **Sex:** Female
- **DOB:**
- **Phone Number:**
- **E-Mail Address:**
- **Distress Type:** Crew member

- Name: CAPELA, ANTONIO
- Address: ███████
- Country: United States of America
- Province:
- Sex: Male
- DOB: ███████
- Phone Number: ███████
- E-Mail Address:
- Distress Type: Crew member
- Name: HUMMELS, OLIVER
- Address: ███████
- Country: United States of America
- Province:
- Sex: Male
- DOB: ███████
- Phone Number: ███████
- E-Mail Address:
- Distress Type: Crew member
- Name: SMITH, IVY
- Address: ███████
- Country: United States of America
- Province:
- Sex: Male
- DOB: ███████
- Phone Number: ███████
- E-Mail Address:
- Distress Type: Crew member
- Name: GILLESPIE, CASSIDY
- Address: ███████
- Country: United States of America
- Province:
- Sex: Female
- DOB: ███████
- Phone Number: ███████
- E-Mail Address:
- Distress Type: Crew member

### Distressed Unit(s)

| Unit ID | Sunk? | Owner/Operator ID | Value |
|---|---|---|---|
| 1070085 | No | | 22000 |

### Distressed Unit Information

- Call Sign:
- Unit Name:
- Length: 22
- GMDSS:
- Reg #: MS9121AB
- Reg Type: State registered vessel
- Usage: Vessel, Recreational Passenger
- Propulsion Type: Single propeller
- Country: United States of America
- Unit Type: Vessel

http://sarmis.osc.uscg.mil/pls/wwwprod/rpt_sud.bdy

8/27/01

Additional Incident Information
- Sensor:
- Specific Notification: VHF/FM (other than Channel 16).
- SAR System:
- Determination Method: Pilot chart(s).
- Special Incident:
- Sensor Problem:

## Vessel Information

- Vessel Name:
  Registration: State registered vessel - MS9121AB
- Ownership: United States of America - Vessel
- Usage: Vessel, Recreational Passenger
- Length: 22
- Propulsion: Single propeller
- Vessel/Aircraft Sunk: No

## ——— SAR Response Data ———

Response Id: 2038540
Unit Id: 8137
Unit Name: CG STA GLOUCESTER

## ——— Sortie Data ———

Resouce Type: USCG Boat - RHIB
Response: CG sortie(s) launched by this unit. Life/property in danger.
Location Method: Visual sighting only
Location Date: 27-AUG-01   Sortie Data Entry Complete?: Yes

### Sortie Conditions

| Scene Distance | Visibility | Wave Height | Wind Speed | Latitude | Longitude |
|---|---|---|---|---|---|
| 2 | 10 | 2 | 15 | 42:49:N | 70:47:W |

### Pertinent Times

| Activity | Arrival | Depart | Time DDHHMI |
|---|---|---|---|
| On Scene | 271240-Aug-2001 | 271249-Aug-2001 | 0:00:09 |
| | Start | End | |
| Sortie: | 271230-Aug-2001 | 271336-Aug-2001 | 0:01:06 |
| Along Side: | 271240-Aug-2001 | | |

Additional Sortie Information
- Result:
- Communications Assistance:

- Weather: Clear.
- Equipment:
- Equipment Problem:
- Communications Problem:
- Abort Reason:
- Delay Reason:

Return to Query Screen...

VESSEL: MS 91 TAB

2001 SEADOO BOMBARDIER
22' ISLANDIA

ANNIE BATTARD
PARRIS FRANCE
53 YRS

OWNER: ANTONIO CAPELA
[redacted]
[redacted]
DOB: [redacted]
SS#: [redacted]
PHONE: [redacted]

PASSENGERS:

#1 OLIVER HUMMELS
ADDRESS AND PHONE SAME AS ABOVE OWNER
DOB: [redacted]

#2 IVY SMITH
[redacted]
[redacted]
[redacted]
PHONE: [redacted]
DOB: [redacted]

#3 CASSIDY GILLESPIE
SAME ADDRESS + PHONE AS ABOVE
DOB: [redacted]
SS#: [redacted]

TOTAL P.01

## MEDICO/MEDEVAC AND DIVE INCIDENT

| PROCEDURES | PATIENT INFORMATION |
|---|---|
| **A. AWARENESS**<br>✓ 1. Fill out the INITIAL SAR CHECKSHEET<br>✓ 2. Fill out the MEDICO/MEDEVAC CHECKSHEET.<br>✓ 3. Assume or designate SMC.<br><br>**B. INITIAL ACTION**<br>✓ 1. Evaluate emergency phase.<br>N/A 2. Issue UMIB.<br>✓ 3. Dispatch SRU(s).<br>N/A 4. Brief SC/Flight Surgeon.<br>✓ 5. Alert local authorities.<br><br>**C. PLANNING/ OPERATIONS**<br>N/A 1. If dive emergency, obtain recommendation and location of hyperbaric chamber from D.A.N. via SC.<br>N/A 2. Brief Flt Surgeon on D.A.N.'s recommendation<br>N/A 3. Pass Flt Surgeon/ DAN treatment recommendation to persons attending the patient.<br>N/A 4. Notify hospital or recompression chamber.<br>✓ 5. Direct vessel to head towards rendezvous point or nearest port.<br>N/A 6. Run AMVER SURPIC to locate assistance if necessary.<br>N/A 7. Notify vessel's agent/ owner, U.S. Customs, INS.<br>N/A 8. Ntfy MSO/COTP.<br><br>**D. MISSION CONCLUSION**<br>✓ 1. Close the case or request ACTSUS.<br>✓ 2. Dealert SRUs.<br>N/A 3. CX UMIB.<br>✓ 4. Debrief.<br>✓ 5. Case administration. | Name: ANNIE BATTARD   Age: 52   Sex: F   Nationality: FRENCH<br>Type of injury (symptoms and location): MERRIMACK RIVER<br>When/how injury occurred: HIT WAVE ON BOAT<br><br>Medications administered (amount and type): _____<br><br>Previous medical history (including medications): UNKNOWN<br><br>**PATIENT VITAL SIGNS**<br>Temp: ____   Airway: OBSTRUCTED  GURGLING  OPEN<br>B/P (Wrist/Neck): ____   Resp: SHALLOW  **NORMAL**  DEEP  NONE*<br>   Pulse: NORMAL  WEAK  POUNDING  NONE*<br>* IF NO PULSE/RESP, IS CPR BEING CONDUCTED? Y / N   HOW LONG? N/A<br><br>Conscious: **Y** N   Ambulatory: **Y** N   Eyes: Dilated Y **N**<br>Convulsions: Y **N**   Signs of shock: Y **N**   Reactive **Y** N<br>Vomiting: Y **N**   Bleeding: Y **N**   Equal Y **N**<br>Tingling Limbs: Y **N**   Paralysis: Y **N**<br>Skin cond: DRY  NML  CLAMMY   Skin color: BLANCHED  YLW  NML  BLUE  RED<br>First aid kit: Y N   Treatment given: ____<br>Medical personnel: DR  RN  EMT  OTHER<br><br>**ADDITIONAL INFORMATION FOR DIVING ACCIDENTS**<br>Time of accident: 1215   Patient's Height: ____ Weight: ____<br>Total dives today: ____   Interval between dives: ____<br>Dive depth: ____ FT/M   Dive duration: ____   Decompression: ____<br>Dives in last 24 HRS? Y / N   If YES, when? ____<br>Dive depth: ____ FT/M   Dive duration: ____   Decompression: ____<br>If diver trapped:<br>Amount of air left in diver's tank? ____   Depth: ____<br>Experience of the trapped diver: ____<br>Equipment available: ____<br>Nature of object trapping diver: ____<br>Actions being taken to free diver: ____<br>Any divers and equipment in area to rescue diver: ____<br><br>**MISC INFORMATION**<br>Vsl LPOC/Date: ____   Vsl NPOC/ETA: ____<br>Communications: VHF-FM  MF/HF  CELLULAR   Freq/Number: ____<br>O/S WX – Wind: __/__   Seas: __/__   Vis: ____   Sea temp: ____<br><br>**ADDITIONAL INFORMATION** |

## United States Coast Guard Station Gloucester
## Chronological Case Log Sheet

Date: 27AUF01   UCNO: 241-01   Watchstander: SILVA

| Time: | Freq. | |
|---|---|---|
| 1230 | 81 | 47255 U/W 05 FOR UCNO # 241-01 |
| 1240 | 81 | 255 ON-SCENE USL BLUE + WHITE SEA-DOO |
| 1242 | 81 | 255 PUTS OVER 02 CREW MEMBERS ONTO US |
| 1243 | 81 | 255 TO ESCORT USC TO PLUM ISC BOAT RAMP |
| 1246 | 81 | 255 ESCORTING USC TO PLUM ISC BOAT RAMP |
| 1249 | 81 | 255 PASSES 52 YEAR OLD FEMALE NEEDS |
| | | BACKBOARD TO BE REMOVED FROM USL |
| 1301 | 81 | 255 W/ USC MOORED AT PLUM ISC. BOAT RAMP |
| | | EMT'S ON SCENE |
| 1317 | 81 | EMT'S HAVE INJURED PERSON 47255 RTB |
| 1336 | N/T | 47255 M/STA M/PUP |

# SUPPLEMENTAL SAR CHECKSHEET

## VESSEL

| | | |
|---|---|---|
| [ ] Document/Official  [x] State Reg. <br> MS 9121 AB | | Communications Equipment <br> [x] VHF-FM   [ ] HF   [ ] Other:_____ <br> [ ] Cellular #:_____ <br> Frequencies: |
| Homeport: | Flag: <br> US | Navigation Equipment: <br> [ ] LORAN [ ] GPS [ ] Radar [ ] Fathometer <br> [ ] Other: |
| Usage REC | Cause of incident: | Survival Equipment: <br> [ ] EPIRB Class/Type:_____ <br> [ ] VDS/Flares   [ ] Flashlight <br> [ ] Raft/Lifeboat  [ ] Dinghy/Skiff <br> [ ] Food/Water    [ ] Foul Wx Gear |
| Prominent Features | | |
| Hull Material | | |

## PEOPLE

| | |
|---|---|
| [x] Owner  [x] Operator  [ ] POB <br> Name: ANTONIO CAPELA <br> Address: ▮ <br> Phone: ▮ <br> Age 34  DOB: ▮  Male / Female | [ ] Owner  [ ] Operator  [x] POB <br> Name: IVY SMITH <br> Address: ▮ <br> Phone: ▮ <br> Age:   DOB: ▮  Male / Female |
| [ ] Owner  [ ] Operator  [x] POB <br> Name: OLIVER HUMMELS <br> Address: SAME AS ABOVE <br> Phone: <br> Age:  DOB: ▮  Male / Female | [ ] Owner  [ ] Operator  [x] POB <br> Name: CASSIDY GILLESPIE <br> Address: ▮ <br> Phone: ▮ <br> Age:  DOB: ▮  Male / (Female) |

### ADDITIONAL COMMENTS:

## ACTIONS

| | |
|---|---|
| Communications Schedule: <br> Start Time: _____ Frequency: _____ <br> Time Interval: <br> [ ] 15 Min [ ] 30 Min [ ] 60 Min [ ] Other <br> Remarks: | Set and Drift:    [ ] Not a Factor <br> Set: _____ [ ] True  Drift: _____ [ ] Kts <br>           [ ] Mag.          [ ] Mph <br> DMB Type: _____    Freq: _____ <br> DMB    Inserted    Relocated <br> Time: <br> Position: _____ N    _____ N <br>           _____ W    _____ W |

| Radio Call | Frequency: | High Site: | DF Bearing: |
|---|---|---|---|
| Time: 1230 | Date: 27AUG01 | UCN: 241-01 | Initials: |

## — Initial SAR Check-sheet —

### About the Distressed Vessel

**1. Position**  Merrimack River #2    Type of Position: (Lat/Long) 42 49.0  70 47.00
Loran Lines
Geographic Location

How determined?

**2. Number of Persons Aboard**    ADULTS: 05   CHILDREN:   TOTAL: 05

Health or medical concerns?

**3. Nature of Distress** (if PIW complete additional PIW box below)

Medical

**4. Description of Vessel**
Including...
Length 22'   Color: Blue   Type: White   Name of Vessel: ISLANDIA
2001 BOMBARDIER    SEA-DOO     at anchor? Y (N)

**5. Have all persons aboard the vessel put on Personal Flotation Devices.**
***** ADVISE VESSEL OF INTENDED ACTIONS AT THIS TIME *******

**6. Determine Initial Severity/Emergency Phase** (done by Watch Supervisor)

| [ ] Distress | [ ] Uncertainty    [ ] Alert |
|---|---|
| [ ] Dispatch Resources/Activate SAR Alarm. | *Additional Information is needed.* |
| [ ] Advise vessel of Coast Guard's Actions. | Complete one or more of the following: |
| [ ] Brief Group/District | [ ] Supplemental Check-sheet |
| [ ] Provide Emergency Instructions to Vessel in Distress. | [ ] Overdue Check-sheet |
| [ ] Issue UMIB. | [ ] Flare Sighting Check-sheet |
| [ ] Complete additional Check-Sheets as Situation Dictates. | [ ] MEDEVAC/MEDICO Check-sheet |
| [ ] Refer to D1 SARPLAN. | [ ] Grounding Check-sheet |

### About any People in the Water

| Number: | Confirmed? | Description N/A | PFD? |
|---|---|---|---|
| Time: | | | Exp suit?   Light? |

*Complete all of the above before shifting frequency; Complete below before hanging up phone.*

### About the Reporting Source

| Name of Reporting Source | TONY ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
|---|---|
| Name of Reporting Source Vessel | |
| Call back number (with area code) | Is this a cell phone number? ✓ |
| Address of Reporting Source | |

### About the On Scene Weather

| Wind | Seas | Swells | Visibility |
|---|---|---|---|
| | | | |

K-1                                   Page 1 of 1