UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11856-GAO

ANNIE BATTARD, )
    Plaintiff )
  )
v. ) **PLAINTIFF'S CERTIFICATION**
  ) **PURSUANT TO LOCAL RULE 15.1**
ANTONIO CAPELA, )
    Defendant )

Pursuant to Local Rule 15.1, the plaintiff, Annie Battard, hereby certifies that she served her Motion for Leave to Amend Complaint to add Oliver E. Hummels as a party defendant and to specify an additional theory of negligent supervision and entrustment of the operation of the vessel against defendant Antonio Capela, upon the new defendant, Oliver E. Hummels, on March 11, 2005, by certified mail, return receipt requested. Mr. Hummels received the letter on March 14, 2005. Copies of the letter and return receipt are hereto annexed.

                The Plaintiff,
                By her Attorney,

                MARK F. ITZKOWITZ (BBO #248130)
                85 Devonshire Street
                Suite 1000
                Boston, MA   02109-3504
                (617) 227-1848
                March 21, 2005

# *Mark F. Itzkowitz*
### Attorney at Law

*85 Devonshire Street*
*Suite 1000*
*Boston, Massachusetts 02109-3504*

*Telephone: (617) 227-1848*
*Facsimile: (617) 742-9130*
*Also Admitted In New York*

March 11, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Oliver E. Hummels
8 Julia Street
Newburyport, MA  01950

    *Re:  ANNIE BATTARD v. ANTONIO CAPELA*
          *Civil Action No. 04-11856-GAO*

Dear Mr. Hummels:

    Pursuant to Local Rule 15.1 of the United States District Court for the District of Massachusetts, enclosed please find copies of the Plaintiff's Motion for Leave to Amend Complaint and Amended Complaint and Jury Trial Demand in the above entitled action. The Motion seeks to add you as a party defendant. On behalf of the plaintiff, I intend to file the Motion on March 21, 2005; ten days after the date of this letter.

    Thank you for your courtesy and cooperation.

                      Very truly yours,

                      Mark F. Itzkowitz

MFI:el
enc.
cc:    Terence G. Kenneally, Esquire

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.29 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.34 |

Postmark Here

Sent To: Mr. Oliver E. Hummels
Street, Apt. No.; or PO Box No.: 8 Julia Street
City, State, ZIP+4: Newburyport, MA 01950

PS Form 3800, June 2002 — See Reverse for Instructions

Article number: 7001 2510 0002 2290 0032 2000 2

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Oliver E. Hummels
8 Julia Street
Newburyport, MA   01950

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery: 3/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0002 2301 4688

PS Form 3811, February 2004   Domestic Return Receipt

## CERTIFICATE OF SERVICE

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by mailing/faxing/hand-delivering a copy of same to counsel of record:

Thomas J. Muzyka, Esquire
Terence G. Kenneally, Esquire
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA   02108; and

Mr. Oliver E. Hummels
8 Julia Street
Newburyport, MA   01950.

_____
MARK F. ITZKOWITZ (BBO #248130)

Dated:  March 21, 2005