```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                                      CIVIL ACTION
                                      NO. 04-11856-GAO
ANNIE BATTARD
    Plaintiff,

VS.

ANTONIO CAPELA
    Defendant.
```

**DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION TO THE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT LATE**

Now comes the defendant, Antonio Capela, by and through his undersigned counsel, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court to grant him leave to file his opposition to the plaintiffs' Motion for Leave to Amend the Complaint late.

As grounds in support of this motion, the defendant submits the following.

### BACKGROUND

1. On Friday, March 11, 2005, the defendant's counsel received a copy of the plaintiff's Motion for Leave to Amend the Complaint.

2. Local Rule 7.1 states, "A party opposing a motion, shall file an opposition to the motion within fourteen (14) days after service of the motion, unless another period is fixed by rule or statute, or by order of the court, and in the same (rather than a separate), document a

2

      memorandum of reasons, including citation of supporting authorities, why the motion should not be granted."

3. Defendant's counsel attempted to arrange a meeting with the defendant on Friday, March 18, 2005 to discuss the plaintiff's Motion.

4. The meeting was to be held at the home of the defendant in Newburyport, Massachusetts and the proposed new party, Mr. Oliver Hummels, was to attend the meeting.

5. Mr. Hummels works as a flight attendant for a major airline and was unable to attend a meeting before March 18, 2005 because he was working outside Massachusetts.

6. At the time of scheduling the March 18, 2005 meeting, defendant's counsel was preparing for a trial in a separate matter that was scheduled to begin on Monday, March 21, 2005.

7. On March 18, 2005, defendant's counsel was compelled to cancel the meeting with the defendant and Mr. Hummels because of trial preparation in the separate matter.

8. On or about March 19, 2005, the defendant and Mr. Hummels left Massachusetts for an extended vacation and will return to Massachusetts on or about April 4, 2005.

9. Consequently, the defendant's counsel was unable to meet with the defendant and Mr. Hummels to review the Amended Complaint and the allegations contained therein.

3

10. Accordingly, the defendant requests an extension to April 11, 2005 to file his opposition to the plaintiff's Motion for Leave to Amend the Complaint.

11. The defendant submits that the two week extension will allow the defendant and Mr. Hummels sufficient time to meet with the defendant's counsel to review the Amended Complaint and respond to its allegations.

12. The defendant submits that the plaintiff will not be prejudiced by an extension to April 11, 2005.

**WHEREFORE**, the defendant, Antonio Capela, respectfully request an extension to April 11, 2005 to file his opposition to the plaintiff's Motion for Leave to Amend the Complaint.

        Respectfully Submitted,
        **DEFENDANT**
        **CLINTON & MUZYKA, P.C.,**

        "/s/Terence G. Kenneally"
        **Thomas J. Muzyka**
        **BBO NO: 365540**
        **Terence G. Kenneally**
        **BBO NO: 642124**
        Clinton & Muzyka, P.C.
        One Washington Mall
        Suite 1400
        Boston, MA 02108
        (617) 723-9165

4

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

Boston, MA                                              March 25, 2005

 I, Terence G. Kenneally, on March 24, 2005 hereby certify that I telephoned plaintiff's counsel's office regarding this Motion but Attorney Itzkowicz was not available to discuss the motion.

                "/s/Terence G. Kenneally"


**LOCAL RULE 7.1(A)(2) CERTIFICATE**

Boston, MA                                              March 25, 2005

 I, Thomas E. Clinton, hereby certify that I telephoned plaintiff's counsel, Attorney Itzkowicz, on March 25, 2005 to discuss the motion but he was unavailable.

                "/s/Thomas E. Clinton"