## CLINTON & MUZYKA, P.C.
ATTORNEYS AT LAW
ONE WASHINGTON MALL, SUITE 1400
BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY

ARTHUR P. SKARMEAS**
 Of Counsel

*Also admitted in RI
**Also admitted in NH

April 7, 2005

TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clinmuzyka.com

United States District Court
One Courthouse Way, Suite 6130
Boston, MA  02210

Attention:   District Judge George A. O'Toole, Jr.

    RE:   Annie Battard vs.
          Antonio Capela
          Civil Action No: 04-11856-GAO

Dear Judge O'Toole:

    We refer to the above matter and the defendant's filing of a Motion for Leave to file an Opposition to the plaintiff's Motion for Leave to Amend Complaint Late on March 25, 2005. After conferencing with Attorney Itzkowicz concerning our Motion for Leave to file an Opposition Late, he assented to our request for an extension of time until April 11, 2005. Accordingly, we are drafting our Opposition to the plaintiff's Motion for Leave to Amend Complaint.  We spoke with Ms. Gina Edge this afternoon about this situation and she advised that we write to the Court concerning the plaintiff's assent to the extension of time.  Therefore, we respectfully request the Court grant our Motion for Leave to file the Opposition Late.

                                      Respectfully submitted,

                                      Terence G. Kenneally

CC: Mark F. Itzkowicz