UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11856-GAO

**ANNIE BATTARD**
    **Plaintiff,**

VS.

**ANTONIO CAPELA**
    **Defendant.**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorney for proposed new defendant, **OLIVER HUMMELS**, in the above entitled action.

By his attorneys,

"/s/ Terence G. Kenneally"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: April 11, 2005