UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11856-GAO

ANNIE BATTARD
    Plaintiff,

vs.

ANTONIO CAPELA
    Defendant.

## AFFIDAVIT

I, Oliver Hummels, 8 Julia Road, Newburyport, MA 01950, being duly sworn under oath depose and say as follows:

I make this affidavit in support of the Opposition to the plaintiffs' Motion for Leave to Amend the Complaint, in the above captioned matter.

The contents of this Affidavit are true upon my personal knowledge and when conditioned upon information and belief are believed to be true to the best of my knowledge, information, and belief.

## FACTUAL BACKGROUND

Based upon my personal knowledge concerning this matter, and also upon the information that has been provided to me concerning the circumstances surrounding this matter, I submit the following:

1. Antonio Capela (hereinafter referred to as "Capela") and I first met the plaintiff in 1999 through a mutual friend, Deborah Smith.

2. Capela and I socialized with the plaintiff on several occasions over the course of two years, from 1999 to 2001.

3. At all material times herein, Capela owned the subject boat.

4. On August 27, 2001, the plaintiff was a guest aboard Capela's boat when she allegedly injured her back.

5. Approximately one hour before her alleged injury, the plaintiff boarded Capela's boat at a dock located at Deborah Smith's residence in Amesbury, Massachusetts.

6. During the one hour cruise along the Merrimack River from Amesbury to Plum Island, the plaintiff sat in a bow seat on the boat's starboard side.

7. The bow seat where the plaintiff sat was directly in front of the helm.

8. Throughout the one hour cruise, I drove the boat at the helm. Accordingly, the plaintiff sat directly in front of me for the entire cruise.

9. Since August 27, 2001 to the present, I have not assembled any evidence or constructed any defenses to the plaintiff's claims.

10. I was never named as a defendant nor served with process until the filing of this Motion For Leave To Amend Complaint.

11. As a result of this litigation, I retained counsel for defense, incurred legal fees, and expenses.

Signed under the pains and penalties of perjury this 11th date of April, 2005

By: _____
Oliver Hummels

- 3 -