UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                          Civil Action No. 04-11856-GAO

| | | |
|---|---|---|
| ANNIE BATTARD, | ) | **PLAINTIFF'S REQUEST FOR LEAVE** |
|    Plaintiff | ) | **TO FILE MEMORANDUM IN REPLY** |
| | ) | **TO OLIVER HUMMELS' OPPOSITION TO** |
| v. | ) | **PLAINTIFF'S MOTION FOR LEAVE** |
| | ) | **TO AMEND COMPLAINT** |
| ANTONIO CAPELA, | ) | |
|    Defendant | ) | **(ASSENTED TO)** |

     Pursuant to Local Rule 15(B)(3), the plaintiff, Annie Battard, hereby requests leave to file a Memorandum in Reply to Oliver Hummels' Opposition to Plaintiff's Motion for Leave to Amend Complaint to add him as a defendant, until the close of business on April 25, 2005.

     In support of her request, the plaintiff states that Mr. Hummels has filed an affidavit in support of his Opposition which has raised factual issues, the accuracy of which is disputed by the plaintiff, which may have bearing upon the Court's decision of the Motion. The plaintiff requests time to prepare an affidavit and reply memorandum asserting her version of the disputed facts. As the plaintiff lives in France and does not speak English well enough to forego translation, the plaintiff requests time to prepare the materials.

                    **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

     On April 15, 2005, I, Mark F. Itzkowitz, counsel for the plaintiff, discussed and reviewed the foregoing Request by telephone conference with Attorney Thomas J. Muzyka, counsel for

the defendant and for Oliver Hummels.  Attorney Muzyka assented to the foregoing Request on behalf of the defendant and Mr. Hummels and authorized me to sign his name in assent.

                                          The Plaintiff,
                                        By her Attorney,

                                        _____
                                        MARK F. ITZKOWITZ (BBO #248130)
                                        85 Devonshire Street
                                        Suite 1000
                                        Boston, MA   02109-3504
                                        (617) 227-1848
                                        April 15, 2005

**ASSENTED TO:**
The Defendant &
Oliver Hummels,
By their Attorneys,


 /s/ Thomas J. Muzyka
THOMAS J. MUZYKA, Esquire
TERENCE G. KENNEALLY, Esquire
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA   02108
(617) 723-9165