UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11856-GAO

| | | |
|---|---|---|
| ANNIE BATTARD, | ) | |
|     Plaintiff | ) | |
| | ) | **AFFIDAVIT OF ANNIE BATTARD** |
| v. | ) | **IN SUPPORT OF PLAINTIFF'S** |
| | ) | **MOTION FOR LEAVE TO AMEND** |
| | | **COMPLAINT** |
| ANTONIO CAPELA, | ) | |
|     Defendant | ) | |

1. My name is Annie Battard. I live in Paris, France. I am the plaintiff in this action.

2. I do not speak English well enough to participate in these proceedings without the assistance of an interpreter but I have had this affidavit translated to me by an interpreter and have reviewed it in my native French language.

3. I make this affidavit freely based upon my personal knowledge.

4. I have reviewed a French translation of the affidavit filed by Oliver Hummels in opposition to my Motion for Leave to Amend Complaint.

5. I did not know Mr. Hummels as well as his affidavit would seem to indicate and I submit this affidavit to correct any incorrect impressions created by his affidavit.

6. My friend, Debby Smith, introduced me to Tony Capela, the defendant, when I visited Massachusetts in August 1999.

7. I did not meet Oliver Hummels when I first met Mr. Capela.

8. I did not socialize with the defendants during my trip to the U.S. in 1999.

9. I first recall meeting Oliver Hummels on August 26, 2001, the day before I was injured.

10. I met him at Debby Smith's house, where he visited with Antonio Capela.

11. Oliver Hummels was introduced to me as Tony Capela's friend.

12. That evening, I learned for the first time that Mr. Capela owned a boat, and Mr. Capela invited me for a ride on his boat the next day; which was the day I was leaving the U.S. to return to France.

13. On August 27, 2001, Mr. Capela picked me up on his boat at a dock at Debby Smith's house.

14. That was the second time when I saw Oliver Hummels.

15. I sat at the front of the boat.

16. Oliver Hummels was operating the boat.

17. The boat was not at sea a long time when I was injured.

18. I do not remember how long the trip lasted before I was injured.

19. I was injured severely during the voyage and was removed by the Coast Guard from Mr. Capela's vessel.

20. I knew so little of Mr. Hummels that I did not even recall his name when I reviewed the interrogatories.

21. I only recalled Mr. Hummels' name when I was told the names of the

people identified by the Coast Guard as having been aboard Mr. Capela's vessel at the time when I was injured.

22. Mr. Hummels was identified as a passenger on board the vessel in the Coast Guard report.

23. I did not remember that Mr. Hummels had been operating the vessel until my attorney advised me that the defendant's attorney had so suggested to him.

Signed under the pains and penalties of perjury, this 18 day of April, 2005.

*Annie Battard*
_____
ANNIE BATTARD