UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11856-GAO

**ANNIE BATTARD**
    Plaintiff,

VS.

**ANTONIO CAPELA**
    Defendant.

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorney for defendant, **ANTONIO CAPELA**, in the above entitled action.

By his attorneys,

"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Terence G. Kenneally**
**BBO NO. 642124**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  May 12, 2005