UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11856-GAO

| | | |
|---|---|---|
| ANNIE BATTARD, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT OF CASSIDY GILLESPIE** |
| | ) | |
| ANTONIO CAPELA, | ) | |
| Defendant | ) | |

1.    My name is Cassidy Gillespie.  I live at Apartment 2B, 2-23-36 Kaminoge Setagaya, Tokyo, Japan.  I am a citizen of the United States.  I am teaching English courses to students in Japan.

2.    I make this affidavit freely, based upon my personal knowledge except where otherwise indicated, and where so indicated, based upon information and belief which I believe to be true.

3.    I was on a boat ride with Annie Battard on the day when she was injured in the Summer of 2001 on Tony Capela's boat.

4.    At the time, I lived with my mother, Debby Smith, and my sister, Ivy Smith, in a home in Newburyport along the Merrimac River.

5.    Tony Capela was a neighbor of my mother's.

6.    Oliver Hummels was Tony's domestic partner.

7.    I met Annie Battard in France when I was a student of Smith College and was studying in France for a semester.

8.    Annie Battard rented rooms in her home to students and

I lived with Annie Battard when I was in France.

9.    After I graduated from Smith College in 1999, I invited Annie Battard to visit me in Massachusetts.

10.    Annie Battard stayed in Newburyport at my mother's home during a visit in the summer of 1999 and again during her visit in the summer of 2001.  I do not remember if she visited during the summer of 2000.

11.    I believe that Annie Battard met Tony Capela during one of her trips.

12.    I do not recall Annie Battard meeting Oliver Hummels before the day of the boat trip during which Annie was injured.

13.    The boating trip during which Annie Battard was injured occurred on the last day of her visit to the U.S. in August 2001.

14.    The day before the trip, Tony Capela invited my sister and me to ride on his new boat.

15.    With Tony's permission, I invited Annie on the trip and she agreed to go.

16.    Tony and Oliver operated the boat along the river to the dock behind my mother's house.

17.    Annie Battard, Ivy, and I boarded Tony's boat at my mother's dock.

18.    My mother did not join us on the trip.

19.    That was the first time that I had been on Tony's new boat.

20.  The boat was a beautiful medium size speed boat.

21.  I believe that the boat only had one deck.

22.  I remember that I was able to see and speak with all of the people on board the boat at all times.

23.  Ivy and I sat next to each other on cushioned seats at the front of the boat.

24.  Annie Battard sat across from Ivy and me on the cushioned seats along the opposite side of the front of the boat.

25.  Tony and Oliver were at the controls of the boat.

26.  I do not know which of the two men actually was operating the boat but both of them were in the area where a person would operate it.

27.  I do not recall how long we were on the boat before Annie was injured but I believe that it was about 15 or 20 minutes.

28.  We were heading into the Atlantic Ocean from the harbor.

29.  I had been in my mother's boat in the harbor once or twice each summer.

30.  My mother's boat was small; she did not operate it in the Ocean but only in the harbor.

31.  I had been on boats which entered the Ocean about once or twice each summer, whether on friend's boats or cruises or whale watching trips.

32.  Tony's boat did not have seat belts.

33.  I do not recall being secured in Tony's boat in any fashion.

34.  I have no memory of holding on during the voyage.

35.  As we approached the Ocean, the water suddenly became very bumpy and choppy.

36.  I recall Tony or Oliver saying something about the "tide turning" or words to that effect.

37.  Ivy, Annie, and I began to bounce up and down in our seats.

38.  I recall the sensation of physically being hurled up from my seat, or having the boat seat drop below me, and having my tush land back on the seat afterwards.

39.  At first, Ivy and I enjoyed the sensation of the choppiness.

40.  The waves were bumpier than we expected and rougher than I remember from previous trips.

41.  Then, we hit one very large wave and there was a big bounce.

42.  Annie was startled and said, "Mon Dieu!"

43.  I recall thinking, "Wow, this is like scary!"

44.  I believe that Tony was operating the boat at this time but it could have been Oliver since they remained near each other at the controls.

45.   Either Tony or Oliver said, "This is the choppy part. We're going to try to go through it as quickly and as smoothly as we can".

46.   We could feel the boat continue to bounce.

47.   Either Tony or Oliver said, "We're doing the best we can.  We'll be on the Ocean in a sec".

48.   It did not seem to me that Tony's boat had changed speed or course while we were in the rough waves.

49.   We hit another wave.

50.   Annie Battard was thrown off her seat and landed on the floor of the boat.

51.   Tony or Oliver immediately stopped the boat.

52.   The boat continued to rock on the big waves.

53.   Annie Battard yelled with each wave that struck the boat, but also kept saying that she would be all right.

54.   Tony and Oliver freaked out.

55.   Annie did not want to move or was not able to move.

56.   Annie just wanted to stay on the floor of the boat.

57.   Tony and Oliver said that they were concerned that if we tried to return to shore we would have to pass back through the rough waves a second time.

58.   Tony called the Coast Guard.

59.   At that point, I panicked.

60.   I thought Tony had overreacted by calling the Coast

Guard.

61.    As it turned out, we later learned that Annie had seriously hurt her back and that it was a good thing that the Coast Guard had been called.

62.    The Coast Guard sent a large vessel next to Tony's boat.

63.    Coast Guard personnel came aboard Tony's boat and spoke with Annie.

64.    I translated for the Coast Guard because Annie does not speak English well.

65.    After a while, the Coast Guard transferred Annie from Tony's boat to the Coast Guard vessel.

66.    I believe that I went aboard the Coast Guard vessel so that I could continue to translate for Annie, but I am not sure that I did.

67.    I remember meeting an ambulance back at shore, and the ambulance taking Annie to the hospital.

68.    Annie Battard later was transferred to a hospital in Boston.

69.    My mother, who had become close friends with Annie, as well as with Tony, visited her twice a week in Boston.

70.    At some point, Annie's son came from France to stay with his mother.

71.    While he was in the U.S., Annie's son stayed in my