mother's house.

72. Annie and her son returned to France suddenly.

73. My mother was not informed that she had left the hospital until my mother went to the hospital to visit her and was told that Annie had returned to France.

74. I have not spoken with Annie Battard since she returned to France.

75. I do not know Annie Battard's medical condition at this time.

76. I have reviewed this Affidavit and the information contained in it is true and correct to the best of my memory.

Signed under the pains and penalties of perjury, this 6th day of May, 2005.

*Cassidy Gillespie*
CASSIDY GILLESPIE