```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                           Civil Action No. 04-11856-GAO
```

ANNIE BATTARD,        )
    Plaintiff     )
                  )
  v.            )          **AFFIDAVIT OF IVY SMITH**
                  )
ANTONIO CAPELA,       )
    Defendant     )

1. My name is Ivy Smith. I live at 4 Roberts Lane, Newburyport, Massachusetts.

2. I make this affidavit freely, based upon my personal knowledge except where I indicate otherwise, and where I indicate otherwise, I base it upon information and belief which I believe to be true.

3. I was on a boat ride with Annie Battard on the day when she was injured in the Summer of 2001 on Tony Capela's boat.

4. At the time, I lived with my mother, Debby Smith, and my sister, Cassidy Gillespie, in a home along the Merrimac River.

5. Annie was a friend of my mother's and my sister's.

6. Annie lived in France. My sister had stayed with her when Cassidy was attending Smith College and was attending a program in France.

7. At the time she was injured, Annie was visiting Massachusetts and was staying in our house.

8. I had met Annie when she had visited us one or two summers before the summer of 2001.

9.  I do not know if Annie had met our neighbors, Tony Capela, or his partner, Oliver Hummels, before the day Annie was injured.

10. I do not remember being present when Annie and Tony were introduced to each other but I assume that they met before the day Annie was injured.

11. I do not remember being present when Annie and Oliver were introduced to each other but I assume that they met before the day Annie was injured.

12. The day when Annie was hurt was a nice day.

13. I was invited to go for a ride with my sister, my mother, and Annie on a boat owned by Tony Capela.

14. Tony and his partner, Oliver Hummels, brought the boat to the dock by our house.

15. I was about 12 or 13 years old at the time.

16. I do not remember whether Tony or Oliver was operating the boat.

17. Cassidy, Annie and I boarded the boat.  My mother did not go with us.

18. We headed out towards the Atlantic Ocean.

19. The waves become very rough and choppy at the mouth of the River near the Ocean.

20. The waves often are very large at the mouth of the River.

21. The waves often will throw people up and down in their seats at the mouth of the River.

22. I often enjoyed the waves at the mouth of the River because it was fun when they would throw me up and down in my seat.

23. At the time that Annie was hurt, a wave threw us up and down in our seats.

24. I do not remember whether there were any other ships or boats in the area that made the waves larger than they normally were in that area.

25. When we landed in our seats, Annie leaned forward and said that her back hurt.

26. Cassidy was talking to Annie but I do not remember what they said.

27. At first, we did not realize how badly Annie had been hurt but later we could tell that she was in a lot of pain.

28. At some point, we did realize that she was hurt badly.

29. I do not remember whether another boat picked Annie up at sea from Tony's boat or whether we turned back to shore and brought Annie back.

30. Annie spent time at hospitals in Newburyport and Boston.

31. I visited Annie while she was at Anna Jacques Hospital in Newburyport.

32. I went to Boston once to visit her at Brigham & Women's Hospital before Annie returned to France.

33. My mother and sister visited Annie in the hospitals more often than I visited her.

34. I have not seen Annie since she returned to France.

35. Tony's lawyer came to speak with me at my home and tape recorded his conversation with me. I believe that the lawyer's name was Terry Kenneally.

36. The lawyer offered me a copy of the transcript of our conversation.

37. I did not feel the need to obtain a copy of the transcript at the time but I now realize that I should have a copy of it because I do not remember what I said and I understand that what I said may be important in the future.

38. I would like to obtain a copy of the transcript of my conversation with Tony's lawyer.

39. I have reviewed this Affidavit and the information is true and correct to the best of my memory.

Signed under the pains and penalties of perjury, this __ day of May, 2005.

_____
IVY SMITH