```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                              Civil Action No. 04-11856-GAO
```

ANNIE BATTARD,        )
    Plaintiff     )
                  )
    v.            )         **NOTICE OF INTERLOCUTORY APPEAL**
                  )
ANTONIO CAPELA,       )
    Defendant     )

Notice is hereby given that Annie Battard, the plaintiff, hereby appeals on an interlocutory basis, pursuant to 28 U.S.C. §1292(a)(3), to the United States Court of Appeals for the First Circuit from this Court's Order, entered on May 12, 2005, which denied the Plaintiff's Motion for Leave to Amend [Her] Complaint to add Oliver E. Hummels as a party defendant and to allege an additional theory of negligent supervision and entrustment of the operation of the vessel against defendant Antonio Capela.

                                  Respectfully submitted,
                                  The Plaintiff,
                                  By her Attorney,

                                  _____
                                  MARK F. ITZKOWITZ (BBO #248130)
                                  85 Devonshire Street
                                  Suite 1000
                                  Boston, MA   02109-3504
                                  (617) 227-1848
                                  June 10, 2005

**CERTIFICATE OF SERVICE**

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by mailing/faxing/hand-delivering a copy of same to counsel of record:

    Thomas J. Muzyka, Esquire
    Terence G. Kenneally, Esquire
    Clinton & Muzyka, P.C.
    One Washington Mall
    Suite 1400
    Boston, MA    02108.

                                    /s/ Mark F. Itzkowitz
                                    MARK F. ITZKOWITZ (BBO #248130)
Dated: June 10, 2005