```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

                        Civil Action No. 04-11856-GAO
```

ANNIE BATTARD,         )
    Plaintiff         )
                    )     **PLAINTIFF'S MOTION FOR PARTIAL**
    v.                 )     **SUMMARY JUDGMENT ON LIABILITY**
                    )
ANTONIO CAPELA,        )
    Defendant         )

Pursuant to Fed. R. Civ. P. 56, Annie Battard, the plaintiff, hereby moves this Court to enter summary judgment for the plaintiff on liability on her Complaint.

In support of her Motion, the plaintiff relies upon her Memorandum of Law, Statement Pursuant to Local Rule 56.1, and the Affidavit of Mark F. Itzkowitz in Support of Plaintiff's Motion for Partial Summary Judgment on Liability, all filed herewith. The plaintiff further states that there are no genuine issues of material fact in dispute concerning liability, and that the plaintiff is entitled to judgment as a matter of law.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

On June 7, 8, and 10, 2005, I, Mark F. Itzkowitz, counsel for the plaintiff, discussed and reviewed the substance of the foregoing motion by telephone conferences and messages with Attorney Terence G. Kenneally and by correspondence with Attorneys Kenneally and Thomas J. Muzyka, counsel for the defendant and for Oliver Hummels.  Attorneys Muzyka, Kenneally and I were unable to resolve our differences and request this Court to review our submissions and to decide the Motion.

                                                The Plaintiff,
                                                By her Attorney,

                                                _____
                                                MARK F. ITZKOWITZ (BBO #248130)
                                                85 Devonshire Street
                                                Suite 1000
                                                Boston, MA   02109-3504
                                                (617) 227-1848
                                                June 10, 2005

## CERTIFICATE OF SERVICE

    I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by mailing/faxing/hand-delivering a copy of same to counsel of record:

    Thomas J. Muzyka, Esquire
    Terence G. Kenneally, Esquire
    Clinton & Muzyka, P.C.
    One Washington Mall
    Suite 1400
    Boston, MA   02108.

                                                 /s/ Mark F. Itzkowitz
                                                MARK F. ITZKOWITZ (BBO #248130)
Dated: June 10, 2005