```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        NO. 04-11856-GAO
ANNIE BATTARD
     Plaintiff,

VS.

ANTONIO CAPELA
     Defendant.
```

### DEFENDANT'S MOTION FOR STAY OF THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Now comes the defendant, Antonio Capela, by and through his undersigned counsel, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court to stay the plaintiff's Motion for Partial Summary Judgment on Liability filed on June 10, 2005 at 6:43 p.m. pending the Court's ruling on the defendant's Motion for Leave to Withdraw or Amend Admissions pursuant to Fed.R.Civ.P. 36(b) filed on June 10, 2005 at 2:47 p.m.  As grounds in support of this motion, the defendant submits the following.

### BACKGROUND

1. On Friday, June 10, 2005, the defendant's counsel informed plaintiff's counsel that the defendant declined to assent to the plaintiff's Motion for Reconsideration of the Court's denial of the plaintiff's Motion for Leave to Amend the Complaint.

2

2. On Friday, June 10, 2005, the defendant's counsel filed defendant's Motion for Leave to Withdraw or Amend Admissions pursuant to Fed.R.Civ.P. 36(b).

3. On Monday, June 13, 2005, the defendant's counsel received the plaintiff's Motion to Renew and to Request Reconsideration of her Motion for Leave to Amend the Complaint, Notice of Interlocutory Appeal, and Motion for Partial Summary Judgment on Liability.

4. Plaintiff's Motion for Partial Summary Judgment on Liability relies exclusively upon the defaulted Admissions that are the subject matter of defendant's Motion for Leave to Withdraw or Amend Admissions pursuant to Fed.R.Civ.P. 36(b).

5. Accordingly, the defendant submits that the plaintiff's Motion for Partial Summary Judgment on Liability becomes moot if this Honorable Court grants the defendant's Motion for Leave to Withdraw or Amend Admissions as detailed in **Exhibit D** attached thereto.

6. Therefore, the defendant requests that this Honorable Court stay the plaintiff's Motion for Partial Summary Judgment on Liability pending its ruling on defendant's Motion for Leave to Withdraw or Amend Admissions.

**WHEREFORE**, the defendant, Antonio Capela, respectfully requests that this Honorable Court stay its review of the

3

plaintiff's Motion for Partial Summary Judgment on Liability pending its ruling upon the defendant's Motion for Leave to Withdraw or Amend Admissions pursuant to Fed.R.Civ.P. 36(b).

> Respectfully Submitted,
> **DEFENDANT**
> **CLINTON & MUZYKA, P.C.,**
>
> "/s/Terence G. Kenneally"
> **Thomas J. Muzyka**
> **BBO NO: 365540**
> **Terence G. Kenneally**
> **BBO NO: 642124**
> Clinton & Muzyka, P.C.
> One Washington Mall
> Suite 1400
> Boston, MA 02108
> (617) 723-9165

Dated: June 14, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Boston, MA                                                June 14, 2005

    I, Terence G. Kenneally, on June 14, 2005 hereby certify that I telephoned plaintiff's counsel's office regarding this Motion but Attorney Itzkowicz was not available to discuss the motion. Therefore, I faxed a copy of the motion to his office and filed it with this Honorable Court.

> "/s/Terence G. Kenneally"