# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11856

Annie Battard

v.

Antonio Capela

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 15, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/16/05

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11856-GAO

Battard v. Capela
Assigned to: Judge George A. O'Toole, Jr
Demand: $999000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/25/2004
Jury Demand: Plaintiff
Nature of Suit: 340 Marine
Jurisdiction: Diversity

**Plaintiff**

**Annie Battard**  represented by **Mark F. Itzkowitz**
Suite 1000
85 Devonshire Street
Suite 1000
Boston, MA 02109-3504
617-227-1848
Fax: 617-742-9130
Email: MFItzkowitz@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Antonio Capela**  represented by **Thomas J. Muzyka**
Clinton & Muzyka P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165
Fax: 617-720-3489
Email:

tmuzyka@clinmuzyka.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terence G. Kenneally**
Clinton & Muzyka
One Washington Mall
Suite 1400
Boston, MA 02108
617-723-9165
Fax: 617-720-3489
Email: tkenneally@clinmuzyka.com
*ATTORNEY TO BE NOTICED*

**Unknown**

**Oliver Hummels**   represented by **Terence G. Kenneally**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2004 | 1 | COMPLAINT Filing fee: $ 150, receipt number 58226, filed by Annie Battard.(Barrette, Mark) (Entered: 08/31/2004) |
| 08/25/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Barrette, Mark) (Entered: 08/31/2004) |
| 08/31/2004 |  | Summons Issued as to Antonio Capela. (Barrette, Mark) (Entered: 08/31/2004) |
| 12/15/2004 | 2 | SUMMONS Returned Executed Antonio Capela |

| | | |
|---|---|---|
| | | served on 12/10/2004, answer due 12/30/2004. (Edge, Eugenia) (Entered: 12/15/2004) |
| 01/07/2005 | 3 | NOTICE of Appearance by Terence G. Kenneally on behalf of Antonio Capela (Kenneally, Terence) (Entered: 01/07/2005) |
| 01/07/2005 | 4 | ANSWER to Complaint by Antonio Capela. (Kenneally, Terence) (Entered: 01/07/2005) |
| 01/13/2005 | 5 | NOTICE of Scheduling Conference Scheduling Conference set for 2/14/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 01/13/2005) |
| 02/08/2005 | 6 | CERTIFICATION pursuant to Local Rule 16.1 by Antonio Capela.(Kenneally, Terence) (Entered: 02/08/2005) |
| 02/09/2005 | 7 | JOINT STATEMENT re scheduling conference. (Itzkowitz, Mark) (Entered: 02/09/2005) |
| 02/14/2005 |  | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Scheduling Conference held on 2/14/2005. The joint statement submitted by counsel is adopted thru Completion of Expert Depositions- 6/14/06. Amended Pleadings due by 4/14/2005. Expert Witness List due by 4/14/2006. Status Conference set for 7/5/2006 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 02/15/2005) |
| 02/14/2005 | 8 | CERTIFICATE OF CONSULTATION by Mark F. Itzkowitz on behalf of Annie Battard. (Abaid, Kim) (Entered: 02/15/2005) |
| 03/23/2005 | 9 | MOTION to Amend 1 Complaint by Annie Battard. c/s (Attachments: # (1) Exhibit to motion# 2 amended complaint)(Edge, Eugenia) Additional attachment: |

| | | |
|---|---|---|
| | | redacted attachment(s) added on 3/28/2005 (Edge, Eugenia). Modified on 3/28/2005 to add text(Edge, Eugenia). (Entered: 03/24/2005) |
| 03/23/2005 | 10 | CERTIFICATE OF CONSULTATION re 9 MOTION to Amend 1 Complaint by Mark F. Itzkowitz on behalf of Annie Battard. c/s (Edge, Eugenia) (Entered: 03/24/2005) |
| 03/25/2005 | 11 | MOTION for Extension of Time to April 11, 2005 to to file Opposition to Plaintiff's Mot for Leave to Amend the Complaint by Antonio Capela.(Kenneally, Terence) (Entered: 03/25/2005) |
| 04/07/2005 | 12 | Letter/request (non-motion) from Terence Kenneally. (Kenneally, Terence) (Entered: 04/07/2005) |
| 04/11/2005 | 13 | NOTICE of Appearance by Terence G. Kenneally on behalf of Oliver Hummels (Kenneally, Terence) (Entered: 04/11/2005) |
| 04/11/2005 | 14 | Opposition re 9 MOTION to Amend 1 Complaint filed by Oliver Hummels. (Attachments: # 1 Affidavit Hummels)(Kenneally, Terence) (Entered: 04/11/2005) |
| 04/15/2005 | 15 | Assented to MOTION for Extension of Time to April 25, 2005 to File Response/Reply as to 14 Opposition to Motion *for Leave to Amend Complaint* by Annie Battard.(Itzkowitz, Mark) (Entered: 04/15/2005) |
| 04/22/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 15 Motion for Extension of Time to File Response/Reply re 15 Assented to MOTION for Extension of Time to April 25, 2005 to File Response/Reply as to 14 Opposition to Motion *for Leave to Amend Complaint* Responses due by 4/25/2005 (Lyness, Paul) (Entered: 04/22/2005) |
| 04/22/2005 | 16 | REPLY to Response to Motion re 9 MOTION to Amend 1 Complaint, 15 Assented to MOTION for Extension of Time to April 25, 2005 to File |

| | | |
|---|---|---|
| | | Response/Reply as to 14 Opposition to Motion *for Leave to Amend Complaint* filed by Annie Battard. (Attachments: # 1 Affidavit of Annie Battard in Support of Plaintiff's Motion for Leave to Amend Complaint)(Itzkowitz, Mark) (Entered: 04/22/2005) |
| 05/12/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 9 Motion to Amend, granting 11 Motion for Extension of Time (Lyness, Paul) (Entered: 05/12/2005) |
| 05/12/2005 | 17 | NOTICE of Appearance by Thomas J. Muzyka on behalf of Antonio Capela (Muzyka, Thomas) (Entered: 05/12/2005) |
| 06/10/2005 | 18 | MOTION for Reconsideration re 9 MOTION to Amend 1 Complaint *and Motion to Renew Motion for Leave to Amend Complaint* by Annie Battard. (Attachments: # 1 Affidavit of Cassidy Gillespie (without Signature Page)# 2 Affidavit of Cassidy Gillespie (Signature Page)# 3 Affidavit of Mark F. Itzkowitz# 4 Affidavit of Ivy Smith (Exhibit to Affidavit of Mark F. Itzkowitz))(Itzkowitz, Mark) (Entered: 06/10/2005) |
| 06/10/2005 | 19 | NOTICE OF INTERLOCUTORY APPEAL by Annie Battard. Filing fee $ 255. Appeal Record due by 6/30/2005. (Itzkowitz, Mark) (Entered: 06/10/2005) |
| 06/10/2005 | 20 | MOTION to Withdraw *or Amend Admissions Pursuant to Fed.R.Civ.P. 36(b)* by Antonio Capela. (Attachments: # 1 Exhibit A through E)(Kenneally, Terence) (Entered: 06/10/2005) |
| 06/10/2005 | 21 | MOTION for Partial Summary Judgment *on Liability* by Annie Battard. (Attachments: # 1 Plaintiff's Statement Pursuant to Local Rule 56.1 in Support of Plaintiff's Motion for Partial Summary Judgment on Liability# 2 Plaintiff's Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment on |

|            |    |                                                                                                                                                                                                                             |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Liability)(Itzkowitz, Mark) (Entered: 06/10/2005)                                                                                                                                                                           |
| 06/14/2005 | 22 | MOTION to Stay re 20 MOTION to Withdraw *or Amend Admissions Pursuant to Fed.R.Civ.P. 36(b)*, 21 MOTION for Partial Summary Judgment *on Liability* by Antonio Capela.(Kenneally, Terence) (Entered: 06/14/2005) |