UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11856-GAO

| | | |
|---|---|---|
| ANNIE BATTARD, | ) | |
|     Plaintiff | ) | |
| | ) | **PLAINTIFF'S OPPOSITION TO** |
|     v. | ) | **DEFENDANT'S MOTION FOR LEAVE TO** |
| | ) | **WITHDRAW OR AMEND ADMISSIONS** |
| ANTONIO CAPELA, | ) | |
|     Defendant | ) | |

Annie Battard, the plaintiff, opposes Defendant's Motion for Leave to Withdraw or Amend Admissions Pursuant to Fed. R. Civ. P. 36(b) for the reasons set forth in her Memorandum of Law, filed herewith.

The Plaintiff,
By her Attorney,

_____
MARK F. ITZKOWITZ (BBO #248130)
85 Devonshire Street
Suite 1000
Boston, MA    02109-3504
(617) 227-1848
June 20, 2005

**CERTIFICATE OF SERVICE**

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by mailing/faxing/hand-delivering a copy of same to counsel of record:

Thomas J. Muzyka, Esquire
Terence G. Kenneally, Esquire
Clinton & Muzyka, P.C.
One Washington Mall
Suite 1400
Boston, MA    02108.

    /s/ Mark F. Itzkowitz
    MARK F. ITZKOWITZ (BBO #248130)

Dated:  June 20, 2005