UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11856-GAO

| | |
|---|---|
| ANNIE BATTARD,    )<br>    Plaintiff    )<br>             )<br>    v.       )<br>             )<br>ANTONIO CAPELA,   )<br>    Defendant  ) | **PLAINTIFF'S OPPOSITION TO**<br>**DEFENDANT'S MOTION FOR STAY OF THE**<br>**PLAINTIFF'S MOTION FOR PARTIAL**<br>**SUMMARY JUDGMENT ON LIABILITY** |

Annie Battard, the plaintiff, opposes the Defendant's Motion for Stay of the Plaintiff's Motion for Partial Summary Judgment on Liability for the reasons stated in the Plaintiff's Memorandum in Opposition to Defendant's Motion for Leave to Withdraw or Amend Admissions, which include, *inter alia,* that the Plaintiff's Motion for Partial Summary Judgment on Liability is one of four interrelated procedural motions which now are before the Court for resolution.  These four motions, 1) Plaintiff's Motion to Renew and to Request this Court to Reconsider It's Denial of Plaintiff's Motion for Leave to Amend Complaint; 2) Plaintiff's Motion for Partial Summary Judgment on Liability; 3) Defendant's Motion for Leave to Withdraw or Amend Admissions Pursuant to Fed. R. Civ. P. 36(b); and 4) Defendant's Motion for Stay of the Plaintiff's Motion for Partial Summary Judgment on Liability, address related issues and should be considered together by the Court so that the Court may assess the relationship between the issues and motions and the effects of their resolution, and may decide each of the motions justly and properly.

```
                              The Plaintiff,
                              By her Attorney,


                              _____
                              MARK F. ITZKOWITZ (BBO #248130)
                              85 Devonshire Street
                              Suite 1000
                              Boston, MA   02109-3504
                              (617) 227-1848
                              June 20, 2005
```

**CERTIFICATE OF SERVICE**

I, Mark F. Itzkowitz, counsel for the plaintiff, hereby certify that on this date, I made service of the within document by mailing/faxing/hand-delivering a copy of same to counsel of record:

```
    Thomas J. Muzyka, Esquire
    Terence G. Kenneally, Esquire
    Clinton & Muzyka, P.C.
    One Washington Mall
    Suite 1400
    Boston, MA   02108.

                               /s/ Mark F. Itzkowitz_____
                              MARK F. ITZKOWITZ (BBO #248130)
```

Dated: June 20, 2005