# Mark F. Itzkowitz

Attorney at Law

85 Devonshire Street
Suite 1000
Boston, Massachusetts 02109-3504

Telephone: (617) 227-1848
Facsimile: (617) 742-9130
Also Admitted In New York

June 16, 2005

Clerk
United States District Court for the
    District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA   02210

    Re:   *ANNIE BATTARD v. ANTONIO CAPELA*
           *Civil Action No. 04-11856-GAO*

Dear Sir/Madam:

    Pursuant to Fed. R. App. P. 10 (b)(1), this is to certify that the plaintiff-appellant does not intend to order a transcript of the proceedings in the District Court in connection with her interlocutory appeal.

    Thank you for your kind attention.

Very truly yours,

Mark F. Itzkowitz

MFI:el
cc:   Thomas J. Muzyka, Esquire/Terence G. Kenneally, Esquire