UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11856-GAO

ANNIE BATTARD
 Plaintiff,

VS.

ANTONIO CAPELA
 Defendant.

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO THE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY

Now comes the defendant, Antonio Capela, by and through his undersigned counsel, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court to grant him additional time to file his Opposition to the plaintiff's Motion for Partial Summary Judgment on Liability pursuant to Fed.R.Civ.P. 6(b). As grounds in support of this assented to motion, the defendant submits the following.

### BACKGROUND

1. On Friday, June 10, 2005, the defendant's counsel filed defendant's Motion for Leave to Withdraw or Amend Admissions pursuant to Fed.R.Civ.P. 36(b).

2. On Monday, June 13, 2005, the defendant's counsel received the plaintiff's Motion for Partial Summary Judgment on Liability which was filed after business hours on Friday June 10, 2005.

2

3. On Tuesday, June 14, 2005, the defendant's counsel filed defendant's Motion for Stay of the plaintiff's Motion for Partial Summary Judgment on Liability pending its ruling on defendant's Motion for Leave to Withdraw or Amend Admissions.

4. This Honorable Court has not ruled on the pending motions and the time period to file an Opposition to the plaintiff's Motion for Partial Summary Judgment on Liability expired on June 27, 2005.

5. After returning from vacation on June 27, 2005, defendant's counsel realized that the Court had not ruled on the pending motions.

6. Accordingly, on June 30, 2005, defendant's counsel contacted plaintiff's counsel for an extension of time to file defendant's Opposition to the plaintiff's Motion for Partial Summary Judgment. Plaintiff's counsel assented to the defendant's counsel request for an extension of time when he was informed that the Motion would be served and filed on June 30, 2005.

**WHEREFORE**, the defendant, Antonio Capela, respectfully requests that this Honorable Court grant him an extension of three [3] days to file his Opposition to the plaintiff's Motion for Partial Summary Judgment on Liability.

3

                    Respectfully Submitted,
                    **DEFENDANT**
                    **CLINTON & MUZYKA, P.C.,**

                    "/s/Thomas J. Muzyka"
                    **Thomas J. Muzyka**
                    **BBO NO: 365540**
                    **Terence G. Kenneally**
                    **BBO NO: 642124**
                    Clinton & Muzyka, P.C.
                    One Washington Mall
                    Suite 1400
                    Boston, MA 02108
                    (617) 723-9165


Assented to,
**PLAINTIFF**
**By her Attorney**


"/s/Mark F. Itzkowitz"
**Mark F. Itzkowitz**
**BBO NO: 248130**



Dated: June 30, 2005

4

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

Boston, MA                                                June 30, 2005

    I, Terence G. Kenneally, on June 30, 2005 hereby certify that I telephoned plaintiff's counsel's office regarding this Motion and Attorney Itzkowicz assented to its filing. Therefore, I faxed a copy of this motion along with a copy of the defendant's Opposition to the plaintiff's Motion for Partial Summary Judgment on Liability to his office and filed both motions with this Honorable Court.

                                                          "/s/Terence G. Kenneally"