UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11856-GAO

ANNIE BATTARD,
Plaintiff,

v.

ANTONIO CAPELA,
Defendant.

ORDER ON PENDING MOTIONS
October 20, 2005

O'TOOLE, D.J.

The plaintiff's motion for reconsideration of the Court's denial of her earlier motion to amend the complaint is granted.

Upon reconsideration, the motion to amend the complaint (# 18 re # 9), previously denied, is now granted.

The parties properly infer that the reason for the earlier denial of the motion to amend was that amendment appeared futile in that the statute of limitations had expired as to claims against Oliver Hummels unless the amendment "related back" to the date of the commencement of the action, under Fed. R. Civ. P. 15(c). Upon reconsideration, I conclude that the plaintiff has sufficiently demonstrated that the conditions set forth in Rule 15(c)(3) are satisfied and that the amended complaint will, therefore, relate back to the commencement of the action. In particular, it is a fair inference from the facts presented that Hummels had received notice of the institution of the action within the time for service of the original complaint under Rule 4(m), a fact he avoids specifically

denying, and that, having such notice, he should have known that, but for the plaintiff's mistake in identifying the driver of the boat, he (Hummels) would have been named in the original complaint.

As to other pending motions, the defendant Capela's motion to withdraw or amend his answers to the plaintiff's requests for admissions (# 20) is granted.  Consequently, the plaintiff's motion for partial summary judgment, relying on those admissions (# 21), is denied.


October 20, 2005                                    \s\ George A. O'Toole, Jr.

DATE                                                DISTRICT COURT