**MANDATE**

04-11856
USDC/MA
Judge O'Toole

# United States Court of Appeals
## For the First Circuit

No. 05-1907

ANNIE BATTARD

Plaintiff - Appellant

v.

ANTONIO CAPELA

Defendant - Appellee

---

**JUDGMENT**

Entered: November 18, 2005

By order entered October 26, 2005, appellant was directed to show cause in writing as to why this appeal should not be dismissed as moot. Appellant was warned that failure to respond by November 9, 2005 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

JULIE GREGG
By:_____
Operations Manager

Richard Cushing Donovan, Clerk

Susan Redican
Deputy Clerk

Date: 12-9-05

[cc: Mark F. Itzkowitz, Esq., Thomas J. Muzyka, Esq. and Terence G. Kenneally, Esq.]