UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11856-GAO

ANNIE BATTARD
    Plaintiff,

VS.

ANTONIO CAPELA and
OLIVER HUMMELS
    Defendants.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their undersigned counsel, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 2nd day of ~~January~~ February, 2006.

| ATTORNEY FOR PLAINTIFF, | ATTORNEY FOR DEFENDANTS, |
|---|---|
| Mark F. Itzkowitz | Thomas J. Muzyka |
| BBO NO. 248130 | BBO NO. 365540 |
| Attorney at Law | CLINTON & MUZYKA, P.C. |
| 85 Devonshire Street | One Washington Mall |
| Suite 1000 | Suite 1400 |
| Boston, MA  02109 | Boston, MA  02108 |
| (781) ~~331-1500~~ 227-1878 | (617) 723-9165 |